KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| YEVGENIYA LESHCHINSKAYA, ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> Department of Homeland Security, ) <br> Michael Chertoff, Secretary; United States ) <br> Attorney General, Alberto R. Gonzales; ) <br> United States Citizenship and Immigration ) <br> Services, Emilio T. Gonzales, Director; ) <br> United States Citizenship and Immigration ) <br> Services, Alfonso Aguilar, Chief; United ) <br> States Citizenship and Immigration ) <br> Services, David Still, District Director, ) <br> ) <br>         Defendants. ) <br> _____ ) | No. C 06-2198 JCS <br><br> **STIPULATION TO DISMISS; AND** <br> **[~~PROPOSED~~] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agree to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C 06-2198 JCS

| | |
|---|---|
| Date: May 5, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: May 5, 2006 | /s/<br>GERI N. KAHN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 8, 2006

JCS
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

Stipulation to Dismiss
C 06-2198 JCS                                              2